IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BIBLIA, INC., AS OWNER OF TUGBOAT "John Parrish," FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 4:20-cv-327 |

**NOTICE OF COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY**

NOTICE IS GIVEN that a Complaint was filed in the United States District Court for the Southern District of Georgia on December 31, 2020, by Plaintiff Biblia, Inc., owner of the tug JOHN PARRISH, praying for exoneration from or limitation of liability pursuant to 46 U.S.C. § 30505 on account of a collision or allision with a pontoon boat that occurred in the Atlantic Intracoastal Waterway in Carteret County, North Carolina, on or about November 3, 2020. The plaintiff has filed a Letter of Undertaking in the amount of $1,358,344.13, plus costs and interest, for the benefit of all claimants in the proceeding.

All persons asserting claims for any and all injury, loss or damage allegedly resulting from the matters alleged in the Plaintiff's Complaint must file their claims, in accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of Court and serve them on Philip Thompson of Ellis, Painter,

Ratterree & Adams, LLP, Post Office Box 9946, Savannah, Georgia 31412, no later than **April 30, 2021**, or else be defaulted.

Any claimant desiring to contest the Plaintiff's right to exoneration from or the right to limitation of liability shall file and serve an answer to the Complaint unless his claim has included an answer.

This 18th day of March, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA