UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BIBLIA, INC., AS OWNER OF TUGBOAT "John Parrish," FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No.: 4:20-CV-00327-RSB-CLR |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission pro hac vice have been satisfied, Petitioner's request to appear pro hac vice in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This __30th__ day of __April__, __2021__.

_____
UNITED STATES ~~DISTRICT~~ / MAGISTRATE JUDGE

Name of Petitioner        Don T. Evans, Jr.

Business Address          Clark, Newton & Evans, P.A.
                          509 Princess Street
                          Wilmington, North Carolina 28401
                          Telephone: (910) 762-8743
                          Facsimile: (910) 762-6206
                          NC Bar No. 19003
                          DTE@clarknewton.com