IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BIBLIA, INC., AS OWNER OF TUGBOAT "John Parrish," FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) )  CIVIL ACTION NO.: 4:20-cv-327 |

**ORDER**

Before the Court in this limitation of liability proceeding is a Consent Motion to Stay, (doc. 41), in which Claimants Bryan Gist individually and as the Administrator of the Estate of Tommy Gist, and Claimant Larry Sanderson (collectively, "Claimants") move the Court to stay this case and lift the previously-entered injunction against the commencement or prosecution of other suits, actions or proceedings, (see doc. 11), subject and pursuant to certain Stipulations entered into by the Parties, (see doc. 43). Limitation Plaintiff Biblia, Inc., consents to and does not oppose the relief requested in the Motion. (Doc. 41, p. 1.)

The Court has reviewed the Stipulations, (doc. 43), and finds that they adequately protect the Limitation Plaintiff's right to limit its liability and that they effectively transform the multiple claims in this case into a single claim for purposes of satisfying the "single claimant" exception. See Freedom Unlimited v. Taylor Lane Yacht and Ship, LLC, No. 20-11102, 2021 WL 3629904, at *6 (11th Cir. Aug. 17, 2021); Beiswenger Enterps. Corp. v. Carletta, 86 F.3d 1032, 1038–39 (11th Cir. 1996). Accordingly, the Court **GRANTS** the Motion to Stay. (Doc. 41.) Accordingly, the Court **DISSOLVES** the injunction entered on March 18, 2021, (doc. 11), and **STAYS** this limitation of liability proceeding, pursuant to the terms set forth in the Parties' Stipulation, (doc.

43), which are incorporated herein by reference, pending further order of this Court. The Court further **ORDERS** the parties to file a Joint Status Report regarding any and all other related proceedings within **180 DAYS** of the date of this Order.

**SO ORDERED**, this 16th day of December, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA