IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE ) <br> COMPLAINT OF BIBLIA, INC., AS ) <br> OWNER OF TUGBOAT "John Parrish," ) <br> FOR EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) <br> ) | CIVIL ACTION NO.: 4:20-cv-327 |

## ORDER

In a prior Order, the Court granted the parties' consent motion to stay this case and lift the previously-entered injunction against the commencement or prosecution of other suits, actions or proceedings, subject and pursuant to certain Stipulations entered into by the Parties.  (See docs. 43, 44).  The Court further ordered the parties to file a Joint Status Report regarding any and all other related proceedings within 180 days.

The parties have recently filed this report, advising the Court that Plaintiff and one claimant (the Estate of Tommy Gist) have reached a settlement agreement, and a dismissal of the settled claim is forthcoming.  (Doc. 45, p. 1.)  Claimant Larry Sanderson, however, is continuing to treat for his injuries and has not settled his claim.  Plaintiff and Mr. Sanderson anticipate renewing their settlement negotiations in the near future and have thus proposed that this case remain stayed and that the parties submit a joint status report at a time designated by the Court.  Accordingly, this case shall remain stayed and the parties are **ORDERED** to file a Joint Status Report regarding the

status of any and all claims and/or related proceedings within **NINETY (90) DAYS** of the date of this Order.

    **SO ORDERED**, this 15th day of June, 2022.

                              R. STAN BAKER
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA