# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION
# IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE ) <br> COMPLAINT OF BIBLIA, INC., AS ) <br> OWNER OF TUGBOAT "John Parrish," ) <br> FOR EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) <br> ) | CIVIL ACTION NO.: 4:20-cv-327 |

## ORDER

Previously, the Court granted the parties' consent motion to stay this limitation of liability proceeding and to lift the previously-entered injunction against the commencement or prosecution of other suits, actions or proceedings, subject and pursuant to certain Stipulations entered into by the Parties. (See docs. 43, 44). Since then, the parties filed periodic status reports and have continued to propose that the case remain stayed, (see, e.g., docs. 49, 51, 53), and the Court has left the stay in place, (see, e.g., docs. 50, 52, 54). Recently, the Court kept the stay in place after the parties advised that a related case had been filed and was pending in the United States District Court for the Eastern District of North Carolina. (Docs. 53, 54.) In their most recent status report, the parties advise that they are conducting discovery and have scheduled mediation in the related case for October 10, 2023. (Doc. 55.) Accordingly, this case shall remain stayed and the parties are **ORDERED** to file a Joint Status Report regarding the status of any and all claims and/or related proceedings within **ONE HUNDRED AND TWENTY (120) DAYS** of this Order.

**SO ORDERED**, this 17th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA