AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

IN THE MATTER OF THE COMPLAINT
OF BIBLIA, INC., AS OWNER OF TUGBOAT
"John Parrish," FOR EXONERATION FROM CIVIL
ACTION NO: OR LIMITATION OF LIABILITY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cv-327

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 15, 2024, Plaintiff Biblia, Inc.'s Motion for Entry of Default Judgment is granted against all non-appearing parties and non-asserted claims. Furthermore, all underwriters are hereby released from the Letter of Undertaking. This case stands closed.

Approved by: _____

October 18, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020